# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| In Re:<br>WILLIAM M BROWN<br>2394 Deerfield Drive<br>GROVE CITY, OH  43123 | Case No:    07-50636<br><br>Judge:    John E. Hoffman Jr. |

SSN(S):     XXX-XX-8795

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  April 27, 2010                    /s/ Frank M. Pees
                                          Frank M. Pees
                                          Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| GE CONSUMER FINANCE<br>PO BOX 960061<br>ORLANDO, FL  328960061 | 8.99 |